IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| OLD STANDARD LIFE INSURANCE COMPANY IN REHABILITATION et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DUCKHUNT FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership, <br><br> Defendant. | ORDER REGARDING DIVERSITY <br><br><br> Case No. 2:05cv00536 |

In reassessing its jurisdiction over this case, the court finds it necessary to verify the diversity of the parties. Plaintiff Old West Annuity & Life Insurance Company in Rehabilitation is represented as an Arizona corporation, but the court wishes to ensure Old West's principal place of business is such that it would not destroy diversity. Therefore, although the court believes its jurisdiction over this case likely remains proper, the plaintiffs must submit a short statement — consistent with their burden to establish diversity jurisdiction[1] — establishing Old West's principal place of business.

---

[1] *See United States* ex rel. *Gen. Rock & Sand Corp. v. Chuska Dev. Corp.*, 55 F.3d 1491, 1495 (10th Cir. 1995).

The plaintiffs shall file this statement on or before January 15, 2007.

DATED this 13 day of December, 2006.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge